FORM 1
Page No: 1

### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No.: | 17-41138 | Trustee Name: | Shawn K. Brown |
|---|---|---|---|
| Case Name: | FURRH, EDDIE KARL | Date Filed (f) or Converted (c): | 03/22/2017 (f) |
| For the Period Ending: | 01/16/2018 | §341(a) Meeting Date: | 05/23/2017 |
| | | Claims Bar Date: | 08/22/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Checking account - First National Bank - 3736 | $40.00 | $0.00 | | $0.00 | FA |
| 2 | Checking account - Zions Bank - 3694 | $1,200.00 | $0.00 | | $0.00 | FA |
| 3 | 401(k) or similar plan | $72,000.00 | $0.00 | | $0.00 | FA |
| 4 | 1999 Harley Davidson Ultra Motorcycle<br>1999 Harley Davidson Ultra Motorcycle-in parts, inoperable. Debtor holds title. | $200.00 | $0.00 | | $0.00 | FA |
| 5 | 2003 Box Trailer<br>2003 Box Trailer- no axle, not operable, Debtor holds title | $150.00 | $0.00 | | $0.00 | FA |
| 6 | 1995 Flatbed Trailer<br>1995 Flatbed Trailer, Debtor holds title | $5.00 | $0.00 | | $0.00 | FA |
| 7 | Household goods and furnishings<br>See continuation page(s). | $1,260.00 | $0.00 | | $0.00 | FA |
| 8 | Collectibles of value<br>See continuation page(s). | $85.00 | $0.00 | | $0.00 | FA |
| 9 | Clothes<br>See continuation page(s). | $300.00 | $0.00 | | $0.00 | FA |
| 10 | Jewelry<br>See continuation page(s). | $100.00 | $0.00 | | $0.00 | FA |
| 11 | money owed to debtor from sale of stock - | $288,000.00 | $288,000.00 | | $39,818.53 | $248,181.47 |
| 12 | 2010 Chevrolet Corvette<br>40,000 miles<br>2010 Chevrolet Corvette (approx. 40000 miles) | $31,425.00 | $0.00 | | $0.00 | FA |
| 13 | 2010 Dodge Ram 2500<br>110,000 miles<br>2010 Dodge Ram 2500 (approx. 110000 miles) | $27,025.00 | $0.00 | | $0.00 | FA |

| Case No.: | 17-41138 | Trustee Name: | Shawn K. Brown |
| --- | --- | --- | --- |
| Case Name: | FURRH, EDDIE KARL | Date Filed (f) or Converted (c): | 03/22/2017 (f) |
| For the Period Ending: | 01/16/2018 | §341(a) Meeting Date: | 05/23/2017 |
| | | Claims Bar Date: | 08/22/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 14 2030 Country Brook Dr. Weatherford, TX - 76087 Parker County 2030 Country Brook Dr., Weatherford, TX 76087 Single Family Residence | $215,000.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**                                                           **Gross Value of Remaining Asset**

| | $636,790.00 | $288,000.00 | | $39,818.53 | $248,181.47 |
| --- | --- | --- | --- | --- | --- |

**Major Activities affecting case closing:**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 17-41138 | Trustee Name: | Shawn K. Brown |
|---|---|---|---|
| Case Name: | FURRH, EDDIE KARL | Date Filed (f) or Converted (c): | 03/22/2017 (f) |
| For the Period Ending: | 01/16/2018 | §341(a) Meeting Date: | 05/23/2017 |
| | | Claims Bar Date: | 08/22/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

05/24/2017  UPDATE 10.23.17-OFFER ON NOTE BY MAKER WAS WITHDRAWN.  TRUSTEE WILL COLLECT NOTE PAYMENTS AND CONTINUE TO MARKET NOTE TO THIRD PARTIES.

UPDATE 1.16.18-TRUSTEE IS IN THE PROCESS OF ENGAGING INTERNET AUCTION MARKETING COMPANY TO MARKET PROMISSORY NOTE FOR SALE.

ASSET IS NOTE RECEIVABLE

MAJOR ACTIVITIES:

SECURE PROPERTY-DONE
SECURE DOCUMENTS AND DATA

CLAIMS BAR DATE SET: 5.24.17
CLAIMS REVIEW DATE:
CLAIMS OBJECTIONS FILED DATE:
FINAL ALLOWANCE DATE:

TAX RETURN 505 LETTER SENT DATE:
PROMPT DETERMINATION RECEIVED DATE:

PREFERENCE/FRAUDULENT TRANSFER REVIEW

TFR PREPARED AND SENT TO UST DATE:
TFR APPROVED AND FILED DATE:
FEE APPLICATIONS FILED DATE:
TFR FINAL AND CHECKS MAILED DATE:
ZERO BALANCE DATE:
TDR SENT TO UST DATE:
TDR FILED DATE:

**Initial Projected Date Of Final Report (TFR):**    12/31/2020          **Current Projected Date Of Final Report (TFR):**          /s/ SHAWN K. BROWN

SHAWN K. BROWN

## FORM 2

### CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 1

| Case No. | 17-41138 | Trustee Name: | Shawn K. Brown |
|---|---|---|---|
| Case Name: | FURRH, EDDIE KARL | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | **-***4359 | Checking Acct #: | ******1138 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 03/22/2017 | Blanket bond (per case limit): | $300,000.00 |
| For Period Ending: | 01/16/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/15/2017 | (11) | BASIN WESTERN, INC. | Interest payment on promissory note | 1129-000 | $9,558.99 | | $9,558.99 |
| 08/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $7.33 | $9,551.66 |
| 09/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $13.73 | $9,537.93 |
| 10/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $14.17 | $9,523.76 |
| 11/06/2017 | (11) | BASIN WESTERN, INC. | Note payment 2017 | 1129-000 | $30,259.54 | | $39,783.30 |
| 11/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $47.04 | $39,736.26 |
| 12/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $59.02 | $39,677.24 |

|   |   |   |
|---|---|---|
| TOTALS: | $39,818.53 | $141.29 | $39,677.24 |
| Less: Bank transfers/CDs | $0.00 | $0.00 | |
| Subtotal | $39,818.53 | $141.29 | |
| Less: Payments to debtors | $0.00 | $0.00 | |
| Net | $39,818.53 | $141.29 | |

| For the period of 03/22/2017 to 01/16/2018 | | For the entire history of the account between 08/15/2017 to 1/16/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $39,818.53 | Total Compensable Receipts: | $39,818.53 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $39,818.53 | Total Comp/Non Comp Receipts: | $39,818.53 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $141.29 | Total Compensable Disbursements: | $141.29 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $141.29 | Total Comp/Non Comp Disbursements: | $141.29 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

Page No: 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 17-41138 | |
| Case Name: | FURRH, EDDIE KARL | |
| Primary Taxpayer ID #: | **-***4359 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 03/22/2017 | |
| For Period Ending: | 01/16/2018 | |

| | | |
|---|---|---|
| Trustee Name: | Shawn K. Brown | |
| Bank Name: | Integrity Bank | |
| Checking Acct #: | ******1138 | |
| Account Title: | | |
| Blanket bond (per case limit): | $300,000.00 | |
| Separate bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $39,818.53 | $141.29 | $39,677.24 |

For the period of 03/22/2017 to 01/16/2018

| | |
|---|---|
| Total Compensable Receipts: | $39,818.53 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $39,818.53 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $141.29 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $141.29 |
| Total Internal/Transfer Disbursements: | $0.00 |

For the entire history of the account between 08/15/2017 to 1/16/2018

| | |
|---|---|
| Total Compensable Receipts: | $39,818.53 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $39,818.53 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $141.29 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $141.29 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ SHAWN K. BROWN

SHAWN K. BROWN