Shawn K. Brown
The Law Office of Shawn K. Brown PC
State Bar No. 03170490
P.O. Box 93749
Southlake, TX 76092
(817) 488-6023
(888) 688-4621 fax
shawn@browntrustee.com

COUNSEL FOR THE CHAPTER 7 TRUSTEE

**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 17-41138-MXM |
| | § | |
| EDDIE KARL FURRH | § | CHAPTER 7 |
| | § | |
| | § | |
| DEBTOR | § | |

**NOTICE OF WITHDRAWAL OF TRUSTEE'S
APPLICATION TO EMPLOY BKASSETS.COM, LLC AS INTERNET AUCTIONEER**

TO THE HONORABLE MARK X. MULLIN, UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, Shawn K. Brown, Chapter 7 Trustee in the referenced case, files this Notice of Withdrawal of Trustee's Application to Employ BKAssets.com, LLC as Internet Auctioneer ("Notice"), and would respectfully show that:

1. This case was commenced under Chapter 7 of the Bankruptcy Code on March 22, 2017.  Shawn K. Brown was appointed Trustee..

2. The Trustee filed his Application to Employ BKAssets.com, LLC as Internet Auctioneer on January 17, 2018 [Dkt.# 26] ("Application").   After consultation with the U.S. Trustee, the Trustee has concluded that the Handbook for Chapter 7 Trustees does not require an internet marketing company to be employed under §327 of the Bankruptcy Code.  The Trustee is able to engage the internet marketing company to market the asset, so long as it does not take possession of estate assets or the sale proceeds.  Any commissions and expenses to be paid to BKAssets.com, LLC will be subject to Court approval.  The Trustee

will seek such approval in connection with the approval of any sale of the Promissory Note, which is the estate asset to be marketed.

        Respectfully submitted,

        The Law Office of Shawn K. Brown PC

        */s/ Shawn K. Brown*
        State Bar No.  03170490

        P.O. Box 93749
        Southlake, TX 76092
        (817) 488-6023
        (888) 688-4621 fax
        shawn@browntrustee.com

        COUNSEL FOR THE CHAPTER 7 TRUSTEE

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing Notice was served on the Debtor's counsel, the U.S.Trustee, and upon the parties requesting notice, by the Court's ECF system, on this b24th day of January, 2018.

        */s/ Shawn K. Brown*